IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA HAGAN,

    Plaintiff,

  v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

No. C-10-2071 EDL

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Plaintiff has informed the Court that the parties have reached a settlement of this matter and that they anticipate finalizing the settlement within 40 days. Good cause appearing, the Court hereby continues the case management conference currently set for August 24, 2010 until October 19, 2010. A joint case management conference statement is due no later than October 12, 2010. If the matter is dismissed before that date, the case management conference will be vacated.

Dated: August 9, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge